BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099



FILED
JUL 27 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TRYVELL POWELL, <br><br> Defendant | CASE NO. 1:14-CR-00125-LJO SKO <br><br> VIOLATIONS: 18 U.S.C. §2422(b) – Enticement of a Minor to Engage in Prostitution |

SUPERSEDING INFORMATION

COUNT ONE: [18 U.S.C. § 2422(b) – Enticement of a Minor to Engage in Prostitution

The United States Attorney charges: THAT

TRYVELL POWELL,

Defendant herein, in or about January 2014, did use one or more facilities of interstate and foreign commerce to knowingly persuade, induce, entice and coerce Jane Doe who had not attained the age of 18 years to engage in prostitution. At all times Defendant knew Jane Doe had not attainted the age of 18 years.

All in violation of Title 18, United States Code, Section 2422(b)

SUPERSEDING INFORMATION                                              1

Dated: June 10, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Michael S. Frye

MICHAEL S. FRYE
Assistant United States Attorney