HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
TRYVELL POWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:14-cr-00125 LJO-SKO-1 |
|---|---|
| Plaintiff, | ) DEFENDANT'S SENTENCING |
| | ) MEMORANDUM AND FORMAL |
| vs. | ) OBJECTIONS TO PRESENTENCE |
| | ) INVESTIGATION REPORT |
| TRYVELL POWELL, | ) |
| | ) Date: October 19, 2015 |
| Defendant. | ) Time: 8:30 a.m. |
| | ) Judge: Hon. Lawrence J. O'Neill |

Defendant Tryvell Powell submits this memorandum for the Court's consideration prior to sentencing. Mr. Powell does not object to the Guideline calculations contained in the Presentence Investigation Report (PSR), but strenuously objects to many factual assertions contained in the report and makes the following formal objections to those facts.

Pursuant to the parties' plea agreement the government will recommend that Mr. Powell be sentenced at the low end of the applicable guideline range. In accord with the agreement, Mr. Powell requests that he be sentenced to a 130-month term of imprisonment, at the low end of the range.

**FACTUAL OBJECTIONS**

**Paragraph 4.** Mr. Powell objects to many of the allegations in ¶4 that refer to him. Powell does not dispute that ¶4 accurately reflects the juvenile's (hereinafter Jane Doe) statement to law enforcement, but contends Jane Doe is not credible and her statement was self-serving.

Discovery includes much information that supports Powell's contention.  The defense requested that the information be included in the PSR to place Doe's statement in context, but probation declined to do so.

Mr. Powell accepts responsibility for his actions and acknowledges that he encouraged Jane Doe to come to Fresno to work as a prostitute, and that he profited from her activities.  He takes responsibility for his actions, and realizes that he deserves punishment for his wrongdoing.  However, Powell did not force Jane Doe to work as a prostitute, he did not take all the money she earned, he did not give her a daily quota, he did not threaten to kill her if she left, he did not prohibit her from leaving the house alone, and he did not call her in Bakersfield and tell her he would find her if she did not return.

Paragraph 4 is also misleading in that it fails to clarify that the allegations contained in the last nine lines of ¶4 (in brackets, including the last four lines at the bottom of page 4 and continuing to the top of page 5) had nothing to do with Mr. Powell.  As written, ¶4 raises an implication that Powell was the "adult male" with Jane Doe in Bakersfield.  In fact, police reports included in discovery make clear that the "adult male" was not Mr. Powell.  The adult male is identified in the police reports and was arrested.  There is nothing in the reports, or in any statement by Jane Doe, that indicates Powell had any connection whatsoever with the adult male in Bakersfield.  Powell does not know the adult male, and he does not know how Jane Doe met that person.  According to Jane Doe's statement to the Bakersfield Police, the adult male had been her pimp for two weeks prior to May 25, 2014, the day she called the police because the adult male was threatening her.

**Paragraph 5**.  Mr. Powell did not prohibit Jane Doe from seeing a doctor, he did not force her to engage in sexual activity, he did not take her to prostitute in Bakersfield, and he did not have "Chump," or anyone else, watch over Jane Doe and have her put money on his books while he was in jail.  Mr. Powell objects to these allegations.

**Paragraph 6.**  Mr. Powell took some, but not all of the photos found on Jane Doe's phone.  The photos used in the online advertisements were not taken by Mr. Powell.  Those

photos were not taken by Powell. Those photos were already on Jane Doe's phone when Powell met her.

**A.    Jane Doe's Difficult Life**

It is undisputable that Jane Doe has lived a sad and tragic life. Mr. Powell accepts responsibility for his actions and apologizes for his wrongdoing. However, it seems clear that Jane Doe's life would have been just as difficult if she had never met Powell.

Based on Jane Doe's statement, and information provided by her aunt, who was Doe's guardian, it is clear Jane Doe was engaged in prostitution long before she met Mr. Powell. Doe ran away from home in February 2013 and started working as a prostitute in Stockton. Toward the end of 2013, Doe left her pimp in Stockton and traveled to Modesto, where she continued to work as a prostitute. She met Powell on Facebook in January 2014, about a year after she ran away and started working as a prostitute.

In July 2014, shortly after Powell was arrested, Doe's aunt advised law enforcement that Jane Doe followed in the footsteps of her two older sisters by running away and engaging in prostitution. The aunt further stated that Jane Doe and her sisters were known as the Doe sisters on the streets in Northern California. The aunt also advised that "[Jane Doe] runs away from all from all facilities that are not secure, lock down locations to continue working as a prostitute."

Discovery establishes that Jane Doe has a history of being initially uncooperative when questioned by police, then breaking down and describing abuse at the hands of pimps, and being placed in non-secure facilities she can walk away from, rather than being detained. Jane Doe did so in Bakersfield, on May 25, 2014, ten days before Powell was arrested. There, she was placed in a non-secure juvenile center and walked away the next day. She did the same thing when Powell was arrested on June 4, 2014, and was turned over to her aunt. Doe promptly ran away from her aunt's residence and, just a few weeks later, in July 2014, she repeated the pattern in Pomona. There, law enforcement was sympathetic to Jane Doe, but she was taken to a juvenile detention facility after her aunt was contacted and advised the police that Doe would run from any non-secure facility.

Jane Doe ran away from home and began working as a prostitute long before meeting Mr. Powell. The factual basis establishes that after meeting Powell on Facebook, Jane Doe came to Fresno intending to continue engaging in prostitution; and Jane Doe's rap sheet establishes that she continued to engage in prostitution after Powell was arrested, as she was cited for prostitution in Pomona, on July 18, 2014; in Sacramento, on August 12, 2014; and in Concord, on January 4, 2015.

While Jane Doe has undoubtably suffered abuse from pimps, information included in discovery establishes that she is not reluctant to leave pimps or call the police when she feels mistreated. According to discovery, Doe worked for a pimp in Stockton before meeting Powell, but left because she was unhappy with how she was treated. Jane Doe then moved to Modesto and worked the streets for about a month before meeting Powell on Facebook. It's not clear whether Doe was working for a pimp while in Modesto, or whether she worked on her own. When Jane Doe was in Modesto, she began communicating with Powell on Facebook. The factual basis provides that when Powell "was communicating with [Jane Doe] on Facebook he intended for her to engage in prostitution and told her this was his intent." Jane Doe came to Fresno intending to work as a prostitute. She was not forced or manipulated into doing so. Jane Doe then moved to Bakersfield and began working for another pimp, the "adult male" referenced in ¶4 of the PSR. She worked for the "adult male" for about two weeks before calling the police on May 25, 2014, because he was threatening to hit her. The police confirmed that the adult male was Jane Doe's pimp, and placed Doe in the non-secure juvenile center she walked away from the next day. Doe then returned to Fresno to be with Powell, and shortly thereafter Powell was arrested. In the following seven months Doe was cited for prostitution in three other cities. It is not clear whether she was working by herself, or with pimps at those times.

Powell was arrested after an undercover officer texted Jane Doe and made arrangements to meet her at a motel to engage in sexual activity. Jane Doe possessed a credit card and used it to rent the room where the activity was to occur. Doe was staying with Powell in another motel at the time, and she possessed a key to that room. The fact that Jane Doe left pimps on multiple

occasions, initially traveled to Fresno intending to engage in prostitution, called the police when she was mistreated by a pimp, then returned to Fresno to be with Powell when she could easily have gone elsewhere, possessed a cell phone and credit card, and told similar stories of abuse on multiple occasions to avoid being detained undercuts the credibility of her assertions in ¶4 of the PSR, claiming abuse at the hands Mr. Powell.

**B.    Mr. Powell's Acceptance of Responsibility Far Exceeded That Which Exist in Most Cases**

While plea negotiations were ongoing the defense was informed that Jane Doe's whereabouts were unknown to law enforcement, and that the government was seeking a material witness warrant so Doe could be arrested to assure her appearance at trial. The defense was never informed that Doe had been located and, as far as Powell knew, Doe's whereabouts were still unknown when he entered his plea agreement four weeks before trial.

As with most criminal defendants, Powell's primary motivation for entering the plea agreement was to avoid the likelihood of a significantly longer sentence if convicted at trial. However, Doe's whereabouts were unknown Powell entered the agreement, the governments would had to have located and detained Doe to assure her appearance at trial, and Powell knew the government could not prove its case without her. Despite this, Powell went ahead and entered the plea agreement. In so doing, he exhibited an acceptance of responsibility far exceeding what exists in most cases. Given this acceptance of responsibility and the facts of the case, Mr. Powell should receive the benefit of his bargain.

**CONCLUSION**

Mr. Powell's total offense level is 27 and his criminal history category is 6, resulting in a guideline range of 130-162 months. In accord with the parties' plea agreement, Mr. Powell respectfully requests that the Court impose a 130-month term of imprisonment.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 8, 2014

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
TRYVELL POWELL